**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| DEBORAH LAUFER,<br>   *Plaintiff,* | § § § § § § § § § § | |
| -vs- | | **CIVIL NO. 6:20-CV-00385-ADA-JCM** |
| J&J EXECUTIVE SUITES LLC,<br>   *Defendant.* | | |

## ORDER

**IT IS HEREBY ORDERED** that the instant case is stayed pending the outcome of *Laufer v. Galtesvar* OM, 20-51018, or *Laufer v. Mann Hospitality*, 20-50858 on appeal to the Fifth Circuit, whichever is earlier. **IT IS FURTHER ORDERED** that the parties submit a joint status report on the pending appeal(s) every 60 days AND a notification upon the resolution of the appeal(s).

**SIGNED this 29th day of March, 2021.**

_____
JEFFREY C. MANSKE
UNITED STATES MAGISTRATE JUDGE