UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

DEBORAH LAUFER, Individually,

      Plaintiffs,

v.

                                      Case No. 6:20-cv-385

J&J EXECUTIVE SUITES LLC,

      Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Deborah Laufer and Defendant hereby file this Joint Stipulation of Dismissal with Prejudice, showing this Court as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties voluntarily stipulate that all claims, disputes, and controversies between Plaintiff and Defendant in this matter are dismissed, with prejudice, and that each party shall bear its/his own attorney fees, costs and expenses of litigation.

Respectfully submitted on May 4, 2021.


*/s/Tristan W. Gillespie*
Tristan W. Gillespie

THOMAS B. BACON, P.A.
5150 Cottage Farm Road
Johns Creek, GA 30022
404-276-7277
gillespie.tristan@gmail.com
COUNSEL FOR PLAINTIFF

*/s/ Jay Beatty*
Jay Beatty

MICHALK, BEATTY & ALCOZER
3106 S. W.S. Young
Killeen, Texas 76542
(254) 526-3024
litigation@mbaattorneys.com
COUNSEL FOR DEFENDANTS